

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2018

No. 04-18-00563-CV

**IN THE INTEREST OF G.V.S., ET AL CHILDREN**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01818
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

This is an appeal of a parental termination order. On August 8, 2018, appellant Father filed a notice of appeal in the trial court; appellant Mother filed her notice of appeal in the trial court on August 14, 2018. However, the trial court did not sign the order of termination until August 22, 2018. Accordingly, appellants' notices of appeal were prematurely filed.

Pursuant to Rule 27.1 of the Texas Rules of Appellate Procedure, in a civil case, a prematurely filed notice of appeal "is effective and deemed filed on the day of, but after, the event that begins the period for perfecting the appeal." TEX. R. APP. P. 27.1(a). Thus, appellants' notices of appeal are deemed filed as of August 22, 2018.

Because the notices of appeal are deemed filed effective August 22, 2018, the clerk's and reporter's records were due September 4, 2018. *See id.* R. 35.1(b). However, both were filed before the actual due date based on the premature filing of the notices of appeal. We therefore **ORDER** appellant Father and appellant Mother to file their briefs in this court on or before September 24, 2018 — twenty days from the date the clerk's and reporter's records were due based on the deemed filing of the notices of appeal. *See id.* R. 38.6(a). The appellee's briefs are due twenty days after the appellants' briefs are filed. *See id.* R. 38.6(b).

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court